# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Elaine G., | Case No. 2:24-cv-01264-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

After Plaintiff failed to file her brief or move for an extension to do so within the time frame required by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), this Court entered an order to show cause. ECF No. 10. And after Plaintiff failed to respond to the order to show cause, this Court dismissed the case without prejudice. ECF No. 11.

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff, through new counsel, Anna Martin, now moves this Court to reconsider its prior order dismissing the case. ECF No. 14. Defendant filed a response to the motion and stated that it was taking no position as to Plaintiff's request. ECF No. 15. Accordingly, the Court grants Plaintiff's motion as unopposed under Local Rule 7-2(d). Moreover, Plaintiff timely filed her motion under Rule 59(e) and brings forth new arguments and evidence.

**IT IS THEREFORE ORDERED** that this Court's order of dismissal (ECF No. 11) is **REVERSED** and **VACATED**. The Clerk of Court is directed to reopen this case.

**IT IS FURTHER ORDERED** that Plaintiff must file her brief by March 18, 2025.

DATED this 16th day of January 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE