UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Elaine G., | Case No. 2:24-cv-01264-BNW |
| Plaintiff, | |
| v. | ORDER |
| Acting Commissioner of Social Security, | |
| Defendant. | |

**For Good Cause Shown**, the Court grants Plaintiff's Unopposed Motion for an Expansion of Time to File Plaintiff's Brief. ECF No. 20.

**IT IS THEREFORE ORDERED** that Plaintiff shall have, through and until, May 17, 2025 to file Plaintiff's Brief.

DATED this  18  day of March 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE