Anna M. Martin, SBN 7079
Email: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
2500 Sharon Way
Reno, NV 89509
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

PAMELA I. ATKINS, Attorney at Law
Admitted *Pro Hac Vice*
Georgia Bar # 026302
Atkins & Associates, Attorneys-at-Law, LLC
6075 Barfield Road
Atlanta, GA 30328
Phone: (770)399-9999 |Fax:(770)399-9939
Cell: (404)822-5929
Email: patkins@adisability.com

Attorneys for Plaintiff,

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| ELAINE N. GRIFFIN,<br><br>         Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>         Defendant | Case No.: Number 2:24-cv-01264-BNW<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO FILE PLAINTIFF'S BRIEF |

COMES NOW PLAINTIFF ELAINE N. GRIFFIN, by and through the undersigned attorneys: Anna Martin of Kantor and Kantor, LLP and Pamela I. Atkins of Atkins & Associates, Attorneys-at-Law, LLC, filing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO PLAINTIFF'S BRIEF.

Plaintiff's Brief is due today, May 19, 2025, following a first expansion of time to Saturday, May 17, 2025. Counsel requests an extension of time of thirty days (30) days to June 17, 2025, file Plaintiff's brief. Good cause exists for the requested expansion of time. Plaintiff's

PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO FILE PLAINTIFF'S BRIEF   1

counsel Pamela Atkins has had a heavy work schedule with multiple court deadlines and hearings this past week and into the next few weeks and an unexpected staff shortage. Despite working 18 hour days counsel needs the expansion of time to complete Plaintiff's brief.

The Commissioner's counsel has no opposition to the expansion of time to file Plaintiff's Brief.

Plaintiff's submits a Proposed Order granting the relief requested.

WHEREFORE, Plaintiff prays that this Court: GRANT Plaintiff an expansion of time of thirty (30) days to file Plaintiff's Brief.

Dated:  May 19, 2025,

KANTOR & KANTOR, LLP
By: /s/ Anna M. Martin
Anna M. Martin,

ATKINS & ASSOCIATES,
ATTORNEYS-AT-LAW, LLC
By: /s/ Pamela I. Atkins
Pamela I. Atkins,

Attorneys for Plaintiff
ELAINE N. GRIFFIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Elaine G., | Case No. 2:24-cv-01264-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Acting Commissioner of Social Security, | |
| Defendant. | |

**For Good Cause Shown**, the Court grants Plaintiff's Unopposed Motion for an Expansion of Time to File Plaintiff's Brief.

**IT IS THEREFORE ORDERED** that Plaintiff shall have, through and until, June 17, 2025 to file Plaintiff's Brief.

DATED this 20th day of May 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE