Anna M. Martin, SBN 7079
Email: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
2500 Sharon Way
Reno, NV 89509
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

PAMELA I. ATKINS, Attorney at Law
Admitted *Pro Hac Vice*
Georgia Bar # 026302
Atkins & Associates, Attorneys-at-Law, LLC
6075 Barfield Road
Atlanta, GA  30328
Phone: (770)399-9999 |Fax:(770)399-9939
Cell: (404)822-5929
Email: patkins@adisability.com

Attorneys for Plaintiff,

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| ELAINE N. GRIFFIN, | Case No.: Number 2:24-cv-01264-BNW |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO FILE PLAINTIFF'S BRIEF |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

COMES NOW PLAINTIFF ELAINE N. GRIFFIN, by and through the undersigned attorneys: Anna Martin of Kantor and Kantor, LLP and Pamela I. Atkins of Atkins & Associates, Attorneys-at-Law, LLC, filing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO PLAINTIFF'S BRIEF.

Plaintiff's Brief is due today, June 17, 2025, following an expansion of time. Counsel requests an extension of time of thirty days (30) days to July 17, 2025, file Plaintiff's brief. Good cause exists for the requested expansion of time. Plaintiff's counsel Pamela Atkins had an injury

less than two weeks ago that is unresolved.

The Commissioner's counsel has no opposition to the expansion of time to file Plaintiff's Brief.

Plaintiff's submits a Proposed Order granting the relief requested.

WHEREFORE, Plaintiff prays that this Court: GRANT Plaintiff an expansion of time of thirty (30) days to file Plaintiff's Brief.

Dated:  June 17, 2025,

KANTOR & KANTOR, LLP
By: /s/ Anna M. Martin
  Anna M. Martin,

ATKINS & ASSOCIATES,
ATTORNEYS-AT-LAW, LLC
By: /s/ Pamela I. Atkins
  Pamela I. Atkins,

Attorneys for Plaintiff
ELAINE N. GRIFFIN

PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO FILE PLAINTIFF'S BRIEF   2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Elaine G., | Case No. 2:24-cv-01264-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner of Social Security, | |
| Defendant. | |

**For Good Cause Shown**, the Court grants Plaintiff's Unopposed Motion for an Expansion of Time to File Plaintiff's Brief.

**IT IS THEREFORE ORDERED** that Plaintiff shall have, through and until, July 17, 2025 to file Plaintiff's Brief. However, the Court is not inclined to grant future continuances.

DATED this __18__ day of June 2025.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE