Anna M. Martin, SBN 7079
Email: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
2500 Sharon Way
Reno, NV 89509
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

PAMELA I. ATKINS, Attorney at Law
Admitted *Pro Hac Vice*
Georgia Bar # 026302
Atkins & Associates, Attorneys-at-Law, LLC
6075 Barfield Road
Atlanta, GA  30328
Phone: (770)399-9999 |Fax:(770)399-9939
Cell: (404)822-5929
Email: patkins@adisability.com

Attorneys for Plaintiff,

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| ELAINE N. GRIFFIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant | Case No.: Number 2:24-cv-01264-BNW<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO FILE PLAINTIFF'S BRIEF DUE TO EXTRAORDINARY CIRCUMSTANCES |

　　　COMES NOW PLAINTIFF ELAINE N. GRIFFIN, by and through the undersigned attorneys: Anna Martin of Kantor and Kantor, LLP and Pamela I. Atkins of Atkins & Associates, Attorneys-at-Law, LLC, filing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPANSION OF TIME TO PLAINTIFF'S BRIEF DUE TO EXTRAORDINARY CIRCUMSTANCES.

　　　Plaintiff's Brief is due today, July 17, 2025, following an expansion of time. Counsel requests an extension of time of thirty days (30) days to Monday, August 18, 2025, to file Plaintiff's brief. Extraordinary cause exists for the requested expansion of time. Plaintiff's

counsel Pamela Atkins had an injury that has not resolved and affects her ability to work. Additional testing including MRI discovered the injury will require surgery to her humerus bone. In addition, yesterday counsel had a death in her family.

The Commissioner's counsel has no opposition to the expansion of time to file Plaintiff's Brief.

Plaintiff's submits a Proposed Order granting the relief requested.

WHEREFORE, Plaintiff prays that this Court: GRANT Plaintiff an expansion of time of thirty (30) days to file Plaintiff's Brief due to extraordinary circumstances.

Dated:  July 17, 2025,

    KANTOR & KANTOR, LLP
    By: /s/ Anna M. Martin
    Anna M. Martin,

    ATKINS & ASSOCIATES,
    ATTORNEYS-AT-LAW, LLC
    By: /s/ Pamela I. Atkins
    Pamela I. Atkins,

    Attorneys for Plaintiff
    ELAINE N. GRIFFIN

*  *  *

| | |
|---|---|
| Elaine G., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-01264-BNW <br><br> **ORDER** |

The Court grants Unopposed Motion for an Expansion of Time to File Plaintiff's Brief. Plaintiff shall have until, Monday, August 18, 2025 to file Plaintiff's Brief

DATED this __18__ day of July 2025.

 BRENDA WEKSLER
 UNITED STATES MAGISTRATE JUDGE