Anna M. Martin, SBN 7079
Email: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
2500 Sharon Way
Reno, NV 89509
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

PAMELA I. ATKINS, Attorney at Law          **Nicole Leibow**
Admitted *Pro Hac Vice*                    DOJ-USAO
Georgia Bar # 026302                       United States Attorney's Office
Atkins & Associates, Attorneys             District of Nevada
6075 Barfield Road                         Las Vegas, NV 89109
Atlanta, GA  30328                         702-388-6020
Phone: (770)399-9999 |Fax:(770)399-9939    Email: nicole.leibow@usdoj.gov
Cell: (404)822-5929                        *LEAD ATTORNEY*
Email: patkins@adisability.com             *ATTORNEY TO BE NOTICED*
                                           *Attorney for Commissioner*
Attorneys for Plaintiff,

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

ELAINE G.,                              ) Case No.: 2:24-cv-01264-BNW
                                        )
                Plaintiff,              )
                                        ) STIPULATION FOR PAYMENT OF
        vs.                             ) ATTORNEY FEES UNDER THE
                                        ) EQUAL ACCESS TO JUSTICE ACT
FRANK BISIGNANO,                        ) (EAJA)
Commissioner of Social Security,        )
                                        )
                Defendant.              )
                                        )

COMES NOW PLAINTIFF ELAINE N. GRIFFIN, ("Ms. Griffin" or "Griffin") by and through the desginated attorneys: Anna Martin of Kantor and Kantor, LLP and Pamela I. Atkins of Atkins & Associates, Attorneys-at-Law, LLC, and Defendant Commissioner of Social Security through his counsel, filing this STIPULATION ON THE PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA").

On July 12, 2024, Plaintiff filed a Complaint against the Commissioner of Social Security

-1-

for Disability Insurance Benefits seeking reversal of the decision of the Commissioner and remand the action for payment of benefits, or in the alternative for further proceedings, including a supplemental hearing and the issuance of a new decision based on substantial evidence and proper legal standards under the fourth sentence of 42 U.S.C. § 405(g). [Dkt. 1]. Following, briefing of the case [Dkts. 28, 30, 31], on January 20, 2026, this Court enter an Order remanding the case to the Commissioner and directing the clerk to issue a Judgement in favor of the Plaintiff. [Dkt. 32]

The parties have conferred and agree that Plaintiff's shall be awarded $8,000.00 in attorney fees for (30.95 hours), $405 in costs for the filing fee, and no expenses to be paid to her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (hereinafter "EAJA") and further stipulate as follows:

1. Plaintiff is entitled to attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d).

2. Plaintiff shall be awarded fees in the amount of $8,000 to be paid to her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (hereinafter "EAJA").

3. Upon entry of an order granting EAJA fees to Plaintiff, the Commissioner will determine whether plaintiff owes a debt to the government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711 and 3716, which allows for the collection of a federal debt from the amount awarded to Plaintiff. If Plaintiff does owe a debt to the Government, her EAJA fee award will be applied toward such debt by the Treasury Department's Offset Program, see Astrue v. Ratliff, 560 U.S. 586, 596-97 (2010), and the Commissioner will notify the Treasury Department that if any funds remain after the EAJA fee award is applied to her debt, the Treasury Department should either direct pay the remainder to plaintiff's counsel via electronic means or issue a check for the remaining funds made payable to Plaintiff's council and mail that check to Plaintiff's counsel at Atkins & Associates, Attorneys-at-Law, LLC, 6075 Barfield Road, Atlanta, GA 30328.

5. If the United States Department of the Treasury determines that Plaintiff does not owe

a debt that is subject to offset, the government will accept the assignment of EAJA fees and pay such fees directly to Plaintiff's attorney through the automated direct pay system.

Based on the forgoing Stipulations of the parties, it is therefore, ORDERED that Plaintiff is AWARDED $8,000.00 in attorney fees, $405 in costs for the filing fee, and no expenses to be paid to her attorney Pamela I. Atkins, Atkins & Associates, Attorneys-at-Law, LLC, and not to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (hereinafter "EAJA").

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED this __22nd__ day of April, 2026.

_____
Judge Brenda Weksler
United States Magistrate Judge

Respectfully submitted,

Dated:  April 20, 2026

KANTOR & KANTOR, LLP

By: _/s/ Anna M. Martin_

Anna M. Martin,

ATKINS & ASSOCIATES,
ATTORNEYS-AT-LAW, LLC
By: _Pamela I. Atkins_

Pamela I. Atkins,

Attorneys for Plaintiff
ELAINE N. GRIFFIN


DOJ-USAO
United States Attorney's Office

By: _/s/ Nicole Leibow_

Nicole Leibow

Attorney for Defendant Commissioner

-3-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01264-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 20, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

KANTOR & KANTOR, LLP

By: */s/ Anna M. Martin*

Anna M. Martin,

ATKINS & ASSOCIATES,
ATTORNEYS-AT-LAW, LLC
By: *Pamela I. Atkins*

Pamela I. Atkins,

Attorneys for Plaintiff
ELAINE N. GRIFFIN