AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Elaine N. Griffin

                                             **JUDGMENT IN A CIVIL CASE**

                   Plaintiff,

    v.                                   Case Number: 2:24-cv-01264-BNW

O'Malley

                  Defendant.

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 ✕    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Plaintiff. It is therefore, ORDERED that Plaintiff is AWARDED $8,000.00 in attorney fees, $405 in costs for the filing fee, and no expenses to be paid to her attorney Pamela I. Atkins, Atkins & Associates, Attorneys-at-Law, LLC, and not to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (hereinafter "EAJA").

04/22/2026
                                           DEBRA K. KEMPI
Date                                             Clerk

                                              /s/ MAM
                                              Deputy Clerk